| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | LAN TUYET NGUYEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:08-CR-00394 AWI |
|---|---|
| *Plaintiff,* | ) AMENDED STIPULATION TO CONTINUE |
| | ) MOTIONS HEARING;ORDER |
| v. | ) |
| | ) Date : May 26, 2009 |
| LAN TUYET NGUYEN, | ) Time: 11:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |
| *Defendant.* | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Hearing in the above-captioned matter currently scheduled for May 4, 2009, **may be continued to May 26, 2009, at 11:00 a.m.,** and that the Government's response to defendant's motion to suppress is extended to **May 18, 2009.**

This continuance is requested by counsel for the defendant to allow additional time for further negotiations of a new plea offer. Defendant also requests time to review a large amount of new discovery with the assistance of a Vietnamese interpreter. The government has no objection to this continuance. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1 The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for further defense
3 preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: April 24, 2009                    /s/ David L. Gappa
                                                DAVID L. GAPPA
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: April 24, 2009                    /s/ Douglas J. Beevers
                                                DOUGLAS J. BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Lan Tuyet Nguyen


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 24, 2009**                    **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE