1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DOUGLAS J. BEEVERS, USVI Bar #766
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   LAN TUYET NGUYEN

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:08-CR-00394 AWI
                                       )
12          Plaintiff,                 )   STIPULATION TO CONTINUE MOTIONS
                                       )   SCHEDULE AND MOTIONS HEARING;
13      v.                             )   ORDER
                                       )
14  LAN TUYET NGUYEN,                  )   Date : June 22, 2009
                                       )   Time: 11:00 a.m.
15          Defendant.                 )   Judge: Hon. Anthony W. Ishii
    _____)
16

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  attorneys of record herein, that the Motions Hearing in the above-captioned matter currently scheduled for

20  May 26, 2009, **may be continued to June 22, 2009, at 11:00 a.m.,** and that the Government's response to

21  defendant's motion to suppress is extended to **June 17, 2009.**

22          This continuance is requested by counsel for the defendant, as the Vietnamese interpreter is not

23  available on May 26, 2009 and will not be available until June 22, 2009. The parties are negotiating a

24  possible plea agreement which needs additional time due to interpreters. Defendant waives speedy trial.

25  The Government has no objection to the continuance.

26          The requested continuance will conserve time and resources for both counsel and the court.

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: May 20, 2009
/s/ David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 20, 2009
/s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
Lan Tuyet Nguyen

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:** **May 22, 2009**
**/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE