DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LAN TUYET NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:08-cr-00394 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND RESET MOTION |
| v. ) | BRIEFING SCHEDULE AND ORDER |
| ) | THEREON |
| LAN TUYET NGUYEN, ) | |
| ) | Date:  September 21, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for defendant LAN TUYET NGUYEN, that the date for status conference in this matter may be continued to September 21, 2009. It is also requested that a new motion briefing schedule be ordered. It is requested that defense motion deadline be extended from July 13, 2009 to July 17, 2009; that any response or opposition may be filed by September 11, 2009; and that the hearing on the motions may be set for September 21, 2009. The date currently set for status conference is August 17, 2009. The requested new date is September 21, 2009.

    This continuance is requested by defense counsel to allow additional time as the parties are still negotiating towards a possible plea offer and the interpreter is scheduled to meet with defense counsel and the defendant on August 3, 2009. Additionally, defense counsel is being transferred to the Sacramento branch of the Federal Defender and both parties will have court appearances in Fresno on other matters on

1  September 21, 2009, and the interpreter will be available on that date.

2      The parties agree that the delay resulting from the continuance shall be excluded as necessary for
3  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and for the filing of
4  pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

6                                        LAWRENCE G. BROWN
7                                        Assistant United States Attorney

8  DATED: July 21, 2009                By  /s/ David L. Gappa
9                                        DAVID L. GAPPA
                                      Assistant United States Attorney
10                                      Attorney for Plaintiff

11                                      DANIEL J. BRODERICK
12                                      Federal Defender

13 DATED: July 21, 2009                By  /s/ Douglas J. Beevers
14                                      DOUGLAS J. BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
15                                      LAN TUYET NGUYEN

18                                        **O R D E R**

19     **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice
20 pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(7)(A) and (B)(iv).

21 IT IS SO ORDERED.

22 **Dated:   July 24, 2009**                      **/s/ Anthony W. Ishii**
23                                      CHIEF UNITED STATES DISTRICT JUDGE