```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DOUGLAS J. BEEVERS, USVI Bar #766
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   LAN TUYET NGUYEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00394 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION |
| v. | ) ) | BRIEFING SCHEDULE AND ORDER THEREON |
| LAN TUYET NGUYEN, | ) ) | Date: November 23, 2009 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for defendant LAN TUYET NGUYEN, that the status date for status conference in this matter may be continued to November 23, 2009.  It is also requested that a new motion briefing schedule be ordered.  It is requested that defense motion deadline be extended from September 28, 2009; that any response or opposition may be filed by October 30, 2009; and that the hearing on the motions may be set for November 23, 2009.  The date currently set for status conference is September 21, 2009.  The requested new date is November 23, 2009.

This continuance is requested by defense counsel because new case law regarding search warrants was published in August, 2009, that could affect this case.  The requested continuance will conserve time and resources for both counsel and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATED: September 18, 2009        By  /s/ David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: September 18, 2009        By  /s/ Douglas J. Beevers
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LAN TUYET NGUYEN


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

**Dated:   September 21, 2009**            **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE