DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LAN TUYET NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00394 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER THEREON |
| v. | Date: March 1, 2010 |
| LAN TUYET NGUYEN, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for defendant, LAN TUYET NGUYEN, that the date for sentencing in this matter may be continued to March 1, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is February 8, 2010. The requested new date is March 1, 2010.**

This request is being made by defense counsel who is scheduled for an oral argument before the Ninth Circuit on February 8, 2010 on a sentencing appeal. Assistant United States Attorney, DAVID L. GAPPA, has no objection to this continuance and the court has confirmed that a certified Vietnamese interpreter is available for that date.

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2   effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 22, 2010        By  /s/ David L. Gappa
                                    DAVID L. GAPPA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 22, 2010        By  /s/ Douglas J. Beevers
                                    DOUGLAS J. BEEVERS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    LAN TUYET NGUYEN

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   January 22, 2010**              /s/ **Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE