BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CR-00394-AWI |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| LAN TUYET NGUYEN, | |
| Defendant. | |

WHEREAS, on or about January 15, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b)[1], based upon the plea agreement entered into between plaintiff and defendant Lan Tuyet Nguyen forfeiting to the United States the following property:

        a)    Approximately 12 Luis Vuitton purses,

        b)    Approximately 29 Coach purses,

        c)    Approximately 13 Chanel purses,

        d)    Approximately 45 Coach wallets,

        e)    Approximately 3 Chanel wallets,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008.  The Indictment and Plea Agreement contain reference to forfeiture under 18 U.S.C. § 2320(b)(1)(B), which has been amended.

|   |   |   |
|---|---|---|
| | f) | Approximately 46 Coach handbags, |
| | g) | Approximately 1 Dooney wallet, |
| | h) | Approximately 7 Gucci wallets |
| | i) | Approximately 9 Louis Vuitton wallets, |
| | j) | Approximately 4 Gucci purses |
| | k) | Approximately 1 Fendi wallet, |
| | l) | Approximately 1 Fendi purse, and |
| | m) | One E-Machine W3506 Computer with an internal Hitachi hard drive serial number S0taazam. |

AND WHEREAS, beginning on January 23, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Lan Tuyet Nguyen.

2.   Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise

disposed of according to law.

    3.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    4.   The Department of Homeland Security, Immigration and Customs Enforcement or Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   March 25, 2010**                            **/s/ Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE